# Order

**Lansing, Michigan**

May 28, 2014

Rehearing No. 597

146157(56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RICHARD L. WURTZ,

      Plaintiff-Appellee,

v

BEECHER METROPOLITAN DISTRICT,
LEO MCCLAIN, JACQUELIN CORLEW,
and SHEILA THORN,

      Defendants-Appellants.

_____/

SC: 146157
COA: 301752
Genesee CC: 10-092901-CL

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2014



Clerk